AO 120 (Rev. 08/10)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Delaware___ on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>12/19/2025 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>MIRUM PHARMACEUTICALS, INC., SATIOGEN PHARMACEUTICALS, INC., and SHIRE HUMAN GENETIC THERAPIES, INC. | | DEFENDANT<br>ANNORA PHARMA PRIVATE LIMITED, HETERO LABS LIMITED, and HETERO USA INC., |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  US 10,512,657 B2 | 12/24/2019 | SHIRE HUMAN GENETIC THERAPIES , INC. |
| 2  US 11,229,661 B2 | 1/25/2022 | SHIRE HUMAN GENETIC THERAPIES , INC. |
| 3  US 12,350,267 B2 | 7/8/2025 | SHIRE HUMAN GENETIC THERAPIES , INC. |
| 4  US 11,229,647 B2 | 1/25/2022 | MIRUM PHARMACEUTICALS , INC . |
| 5  US 11,376,251 B2 | 7/5/2022 | SHIRE HUMAN GENETIC THERAPIES , INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**ADDENDUM TO AO 120**
**(ADDITIONAL PATENTS)**

| DOCKET NO. | DATE FILED 12/19/2025 | U.S. DISTRICT COURT for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br><br>MIRUM PHARMACEUTICALS, INC., SATIOGEN PHARMACEUTICALS, INC., and SHIRE HUMAN GENETIC THERAPIES, INC. | | DEFENDANT<br><br>ANNORA PHARMA PRIVATE LIMITED, HETERO LABS LIMITED, and HETERO USA INC., | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | US 11,497,745 B2 | 11/15/2022 | MIRUM PHARMACEUTICALS, INC. |
| 7 | US 11,918,578 B2 | 03/05/2024 | MIRUM PHARMACEUTICALS, INC. |
| 8 | US 11,260,053 B2 | 03/01/2022 | SATIOGEN PHARMACEUTICALS, INC. |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |