**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIRUM PHARMACEUTICALS, INC., SATIOGEN PHARMACEUTICALS, INC., and SHIRE HUMAN GENETIC THERAPIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANNORA PHARMA PRIVATE LIMITED, HETERO LABS LIMITED, and HETERO USA INC.,<br><br>Defendants. | C.A. No. 25-1537-JLH |
| MIRUM PHARMACEUTICALS, INC., SATIOGEN PHARMACEUTICALS, INC., and SHIRE HUMAN GENETIC THERAPIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | C.A. No. 25-1538-JLH |
| MIRUM PHARMACEUTICALS, INC., SATIOGEN PHARMACEUTICALS, INC., and SHIRE HUMAN GENETIC THERAPIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ZENARA PHARMA PRIVATE LIMITED and BIOPHORE INDIA PHARMACEUTICALS PRIVATE LIMITED,<br><br>Defendants. | C.A. No. 25-1539-JLH |

| | |
|---|---|
| MIRUM PHARMACEUTICALS, INC., SATIOGEN PHARMACEUTICALS, INC., and SHIRE HUMAN GENETIC THERAPIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS LIFESCIENCES GLOBAL FZE, ZYDUS LIFESCIENCES LIMITED, and ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>Defendants. | C.A. No. 25-1541-JLH |

**JOINT STIPULATION AND [PROPOSED] ORDER OF CONSOLIDATION**

Plaintiffs Mirum Pharmaceuticals, Inc., Satiogen Pharmaceuticals, Inc., and Shire Human Genetic Therapies, Inc. (collectively, "Plaintiffs"); and Defendants Annora Pharma Private Limited, Hetero Labs Limited, and Hetero USA, Inc. (collectively, "Annora"); Sandoz Inc. ("Sandoz"); Zenara Pharma Private Limited and Biophore India Pharmaceuticals Private Limited (collectively "Zenara"); and Zydus Lifesciences Global FZE, Zydus Lifesciences Limited f/k/a Cadila Healthcare Limited, and Zydus Pharmaceuticals (USA) Inc. (collectively "Zydus") (all Defendants collectively, "Defendants") (Plaintiffs and Defendants collectively, "the Parties"), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

**WHEREAS**, Plaintiffs sued Annora, Sandoz, Zenara, and Zydus in December 2025 alleging infringement of some or all of the Orange Book-listed patents for Mirum's LIVMARLI® product, U.S. Patent Nos. 10,512,657; 11,229,661; 11,229,647; 11,376,251; 11,497,745; 11,918,578; 11,260,053, and 12,350,267 (C.A. No. 25-1537-JLH, C.A. No. 25-1538-JLH, C.A. No. 25-1539-JLH, C.A. No. 25-1541-JLH) (collectively, the "Actions"); and

**WHEREAS**, the Parties have conferred and agreed to consolidation of the Actions for some purposes to promote efficiency and conserve the resources of the Court and the Parties, while reserving their right to request joint or separate trials pursuant to Federal Rule of Civil Procedure 42(b); and

**WHEREAS**, good cause exists to consolidate the Actions for all pretrial purposes;

**IT IS HEREBY STIPULATED**, by the Parties, and subject to the Court's approval that: the Actions are hereby consolidated for all pretrial purposes and that all papers shall be filed and maintained in Civil Action No. 25-1537-JLH (the "Consolidated Lead Action"). The case caption for the Consolidated Lead Action shall be the following:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIRUM PHARMACEUTICALS, INC., SATIOGEN PHARMACEUTICALS, INC., and SHIRE HUMAN GENETIC THERAPIES, INC.,<br>Plaintiffs,<br>v.<br>ANNORA PHARMA PRIVATE LIMITED, et al.,<br>Defendants. | C.A. No. 25-1537-JLH (Consolidated) |

Dated: April 14, 2026

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Plaintiffs Mirum Pharmaceuticals, Inc., Satiogen Pharmaceuticals, Inc., and Shire Human Genetic Therapies, Inc.*

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt (No. 5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, DE 19801
(302) 999-1540
weinblatt@swdelaw.com

*Attorneys for Defendants Zenara Pharma Private Ltd. and Biophore India Pharmaceuticals Private Limited*

*/s/ Kaan Ekiner*
Kaan Ekiner (No. 5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorney for Annora Pharma Private Limited, Hetero Labs Limited and Hetero USA Inc.*

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (No. 3630)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Sandoz Inc.*

*/s/ Christopher H. Blaszkowski*
Andrew J. Koopman (No. 5288)
Christopher H. Blaszkowski (No. 5673)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
T (302) 552-4200
F (302) 552-4295
andrew.koopman@bipc.com
christopher.blaszkowski@bipc.com

*Attorneys for Zydus Lifesciences Global FZE, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited.*

**IT IS SO ORDERED** this ____day of __________, 2026.

___________________________________
UNITED STATES DISTRICT JUDGE